UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD MILEWSKI, <br><br>　　　　　　　　　Plaintiff, <br>v. <br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, <br><br>　　　　　　　　　Defendants. | Case No. 3:19-cv-00094-MMD-WGC <br><br>ORDER |

## I.　DISCUSSION

In its February 26, 2019 screening order, the Court ordered Plaintiff to file a complete application to proceed in forma pauperis or pay the full $400 filing fee within 30 days. (ECF No. 3 at 2). Plaintiff has filed a motion for an extension of time until April 19, 2019 to comply with these requirements. (ECF No. 7). He states that the prison system is very slow providing accounting information and copies. (*Id.*)

The Court grants the motion. Plaintiff is reminded that, if he intends to file an application to proceed *in forma pauperis*, he must attach both an inmate account statement for the past six months and a properly executed financial certificate.

## II.　CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the motion for extension of time (ECF No. 7) is granted. By April 19, 2019, Plaintiff shall either: (1) file a fully complete application to proceed in forma pauperis, on the correct form with complete financial

1

attachments, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

**IT IS FURTHER ORDERED** that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: March 11, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE