UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD MILEWSKI,<br><br>                       Plaintiff,<br>     v.<br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                       Defendants. | Case No. 3:19-cv-00094-MMD-WGC<br><br>ORDER |

## I. DISCUSSION

The Court previously ordered Plaintiff to file a complete application to proceed in forma pauperis or pay the full $400 filing fee within 30 days. (ECF No. 9). Plaintiff has filed a motion for an extension of time until May 20, 2019 to comply with these requirements as he has not yet received the account statement that the Court requires. (ECF No. 10).

The Court grants the motion. However, the Court will not place the Complaint in line for screening and file the Complaint unless and until the Court receives either the full filing fee or a complete application to proceed in forma pauperis, including the required financial attachments. Plaintiff is reminded that, if he intends to file an application to proceed *in forma pauperis*, he must attach <u>both</u> an inmate account statement for the past six months and a properly executed financial certificate.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 10) is granted. By May 20, 2019, Plaintiff shall either: (1) file a fully complete application to proceed in forma pauperis, on the correct form <u>with complete financial attachments</u>, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: April 23, 2019.

_____
UNITED STATES MAGISTRATE JUDGE